# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## REHEARING ACTION: June 27, 2018

**Docket Number: 17   00896-CA**

**HAROLD FILS**
**VERSUS**
**STARR INDEMNITY & LIABILITY INSURANCE CO., ET AL.**

**Appealed from Lafayette Parish Case No. 20154212**

<u>**BEFORE JUDGES**</u>**:**

   **Hon. Sylvia R. Cooks**
   **Hon. Billy Howard Ezell**
   **Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Harold Fils** has this day been

   **GRANTED TO THE DOCKET.**
   The case is set for oral argument on September 19, 2018 at 11:00 a.m.

cc: George Andrew Veazey, Amicus Counsel
   David Thomas Butler, Jr., Counsel for the Appellee
   Brenda Sibille Piccione, Counsel for the Appellant
   Aaron Broussard, Counsel for the Appellant
   Barton Willis Bernard, Counsel for the Appellant
   Carl Joseph Rachal, Counsel for the Appellant
   David Scott Rainwater, Counsel for the Appellee
   Rachel L. Kovach, Counsel for the Appellee
   J. Jacob Chapman, Counsel for the Appellee
   James Michael Garner, Counsel for the Appellee
   Peter L. Hilbert, Jr., Counsel for the Appellee
   Darnell Bludworth, Counsel for the Appellee
   James Edward Kuhn, Counsel for the Appellee
   Travis J. Turner, Counsel for the Appellee
   Theodore Lutrell Jones, Counsel for the Appellee
   Todd Alexander Rossi, Counsel for the Appellee
   Mark Daniel Mese, Counsel for the Appellee
   Troy John Charpentier, Counsel for the Appellee
   Esteban Herrera, Jr., Counsel for the Appellee
   James Rodney Chastain  Jr., Counsel for the Appellee
   Michael deBarros, Counsel for the Appellee
   Matthew C. Coman, Counsel for the Appellee
   Rebekka C. Veith, Counsel for the Appellee